UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

| | |
|---|---|
| Request for International Judicial Assistance from the Second Office, Division A of the Argentine Tax Court, Republic of Argentina; Matter of Brightstar Fueguina S.A. | |

**APPLICATION FOR ORDER PURSUANT TO**
**TITLE 28, UNITED STATES CODE, SECTION 1782**

The United States of America, through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782 appointing an attorney from the United States Department of Justice, Civil Division, Office of International Judicial Assistance, as Commissioner for the purpose of complying with the request for international judicial assistance from the Second Office, Division A of the Argentine Tax Court in the Republic of Argentina; *Matter of Brightstar Fueguina S.A.* Specifically, the United States, through the Office of International Judicial Assistance, seeks evidence from an employee of Brightstar Corporation. The documents submitted to the Department of Justice by the Second Office, Division A of the Argentine Tax Court are attached hereto as Exhibit No. 1. A memorandum of law is filed in support of this application.

| | |
|---|---|
| Dated: June 16, 2015<br>Washington, D.C. | Respectfully submitted, |
| Of Counsel<br>WIFREDO A. FERRER<br>United States Attorney | BENJAMIN MIZER<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| WENDY JACOBUS<br>Civil Chief | JEANNE E. DAVIDSON<br>Director<br>Office of International Judicial Assistance |
| | By: s/ Kiesha Minyard_____<br>KIESHA MINYARD<br>Trial Attorney<br>1100 L Street, NW<br>Room 11000<br>Washington, DC 20530<br>Special Bar ID: A5502101<br>Email: kiesha.m.minyard@usdoj.gov |