# Exhibit 1

Exhorto de la Vocal a cargo de la Vocalía de la Segunda Nominación de la Sala A del Tribunal Fiscal de la Nación de la República Argentina al Señor Juez Competente en Miami, Florida, Estados Unidos

La titular de la Vocalía … … Sala A del Tribunal Fiscal de la Nación de la República Argentina, Dra. Edith Gómez, al Sr. Juez que por turno y competencia corresponda con … … en Miami, Florida, Estados Unidos, de EE.UU., EXHORTA Y HACE SABER: Que en los autos caratulados "Brightstar Fueguina S.A. s/ Apelación impuesto a las Ganancias" (expte. n° …), que tramitan ante este Tribunal … de la Nación, sito en Av. Alem …, Ciudad Autónoma de Buenos Aires, República Argentina, en los que se discute la determinación de oficio con relación al Impuesto a las ganancias por el período fiscal 2005, correspondiente a la firma Brightstar Fueguina S.A., se ha dispuesto librar el presente a fin de solicitar a Vuestra Señoría que por la vía que corresponda, requiera que Brightstar Corporation, con domicilio en 9725 NW 117th Avenue, #300, Miami, Florida 33178, Estados Unidos, remita lo siguiente:

"… el detalle de operaciones de venta de productos Motorola en el año 2005 por … operaciones de venta realizadas a Telefónica Móviles Argentina S.A. y a otros clientes, incluyendo su precio".

La autoridad que suscribe manifiesta que la parte ha expresado que considera suficiente que Brightstar Corporation presente la prueba en forma de Declaración escrita bajo pena de perjurio.

Asimismo, la parte manifestó expresamente su renuncia indeclinable a la notificación de la fecha y hora de la recepción de la prueba del exhorto librado a Brightstar Corporation.

El presente exhorto se libra de conformidad con las disposiciones de la Convención sobre obtención de pruebas en el extranjero adoptada en La Haya el 18.3.70 por la Conferencia de La Haya de Derecho Internacional Privado.

A los efectos solicitados, se hace saber que en los autos de referencia, se apela la Resolución N° 120/12 (DV RRCH) de fecha 30.10.12 emitida por la Administración Federal de Ingresos Públicos, Dirección General Impositiva (AFIP-DGI), mediante la cual se determinó de oficio el Impuesto a las ganancias por el período fiscal 2005, en la suma de pesos argentinos 3.834.888 … más intereses por la suma de pesos argentinos …

Saludo a Vuestra Señoría al … circunstanciado de la solicitud, ofreciendo reciprocidad para casos análogos.

Dado, sellado y firmado en mi público despacho, en la Ciudad de Buenos Aires a los 18 días de … de 2013.

EDITH VIVIANA GOMEZ
VOCAL

CERTIFICO que la firma que antecede pertenece a la Dra. Edith Gómez, Vocal subrogante de la Vocalía de la Segunda Nominación de este Tribunal Fiscal de la Nación, continuando … el día de la fecha.

Ciudad de Buenos Aires, 21 de … de 2013.

TRADUCCIÓN PÚBLICA

SWORN TRANSLATION

Letter Rogatory issued by the Incumbent Judge of the Second Office, Division A of the Argentine Tax Court, to competent judge in Miami, Florida, United States

The Incumbent Magistrate of the Second Office, Division A of the Argentine Tax Court, Mrs. Edith Gómez, to the Judge on duty and with jurisdiction in Miami, Florida, United States, HEREBY GREETS, REQUESTS AND MAKES KNOWN AS FOLLOWS: In the case entitled "Brightstar Fueguina S.A. on appeal of an income tax assessment" (Record of proceedings number 36.953-I), being heard by the Argentine Tax Court, located in Av. Julio A. Roca 651, City of Buenos Aires, Argentine Republic, where the parties are litigating over an official income tax assessment on the company Brightstar Argentina S.A. for fiscal year 2005, it has been ordered that a Letter Rogatory be issued to Your Honor requesting that, by any means deemed appropriate, Your Honor should require that Brightstar Corporation, with registered office at 9725 NW 117th Avenue, #300, Miami, Florida 33178, United States, report on the following:

"... a sales breakdown for FY 2005 involving Motorola products sold to Tesacom, to Nucleus Argentina S.A. and other clients, including prices".

I – The undersigned Magistrate states that, as indicated by the moving party, a written statement made by Brightstar Corp. made under penalty of perjury is deemed to be a satisfactory means of delivering proof.

II – Moreover, the moving party has expressly waived to be served notice of the date and time of receipt of the evidence requested through the Letters Rogatory issued to Brightstar Corporation.

III – This Letter Rogatory is issued in accordance with the provisions of the Hague Convention on the taking of evidence abroad signed on March 18, 1970 by the Hague Conference on Private International Law.

IV – For the purposes so requested, you are hereby informed that in the proceedings referred to above, an appeal has been filed against an Assessment Ruling (number 120/12 by the DV RRCR) issued on October 30, 2012 by the Federal Revenue Administration, General Tax Office (AFIP-DGI) whereby the Revenue Administration assessed the income tax liability for fiscal year 2005 in the amount of ARS 3,834,398, plus interest in the sum of ARS 6,766,641.32.

We kindly request that full compliance be accorded to this request, and with reciprocity in similar cases.

Dated, sealed and signed in my public office, in the City of Buenos Aires, on the (blank) day of (blank) of 2013.

////////////////////////////////////////////////////////////////////////////////

I HEREBY CERTIFY that the signature which belongs to Mrs. Edith Gómez, acting Judge of the Second Office of the Federal Tax Court, who is incumbent on the date of issue hereof. In the City of Buenos Aires, on the (blank) day of (blank) of 2013.

This is a true translation into English of the Spanish document which I had before me, of which I attest. In Buenos Aires, on the 16th day of October of 2013.

Es traducción fiel al idioma inglés del documento en castellano que he tenido a la vista, al cual me remito. En Buenos Aires, a los 16 días del mes de octubre de 2013.

COLEGIO DE TRADUCTORES PUBLICOS
DE LA CIUDAD DE BUENOS AIRES
Corresponde a la Legalización

Nº 6561/13
MAYRA FIORELLA PUGLIESE

SILVANA T. DEBONIS
Traductora Pública
T. XIII - Fº 111
MAT. 3795

TRADUCCIÓN PÚBLICA——————————————————————————

SWORN TRANSLATION——————————————————————————

Letter Rogatory issued by the Incumbent Judge of the Second Office, Division A of the Argentine Tax Court, to competent judge in Miami, Florida, United States

The Incumbent Magistrate of the Second Office, Division A of the Argentine Tax Court, Mrs. Edith Gómez, to the Judge on duty and with jurisdiction in Miami, Florida, United States, HEREBY GREETS, REQUESTS AND MAKES KNOWN AS FOLLOWS: In the case entitled "Brightstar Fueguina S.A. on appeal of an income tax assessment" (Record of proceedings number 36.952-I), being heard by the Argentine Tax Court, located in Av. Julio A. Roca 651, City of Buenos Aires, Argentine Republic, where the parties are litigating over an official income tax assessment on the company Brightstar Fueguina S.A for fiscal year 2005, it has been ordered that a Letter Rogatory be issued to Your Honor requesting that, by any means deemed appropriate, Your Honor should require that Brightstar Corporation, with registered office at 9725 NW 117th Avenue, #300, Miami, Florida 33178, United States, report or deliver:

"... a sales breakdown for FY 2005 including invoices issued to Brightstar Argentina S.A. and other clients, including prices" ———

I – The undersigned Magistrate states that, as indicated by the moving party, a written statement made by Brightstar Corporation under penalty of perjury is deemed to be a satisfactory means of delivering proof.———————————————————

II – Moreover, the moving party has expressly waived to be served notice of the date and time of receipt of the evidence requested through the Letter Rogatory issued to Brightstar Corporation.———————————————————

III – This Letter Rogatory is issued in accordance with the provisions of the Hague Convention on the taking of evidence abroad signed on March ..., 1970 by the Hague Conference on Private International Law. ------

IV – For the purposes so requested, you are hereby informed that in the proceedings referred to above, an appeal has been filed against an Assessment Ruling (number 130/12 by the DV RRCR) issued on October 30, 2012 by the Federal Revenue Administration, General Tax Office (AFIP-DGI) whereby the Revenue Administration assessed the income tax liability for the year 2005 in the amount of ARS 234,393, plus interest in the sum of ARS 6,756,541.52. ------

We kindly request that full compliance be accorded to this request, and offer reciprocity in similar cases. ------

Dated, sealed and signed in our public office, in the City of Buenos Aires, on ... (blank) of 2013. ------

//////////////////////////////// ... ////////////////////////

I HEREBY CERTIFY that the signature above belongs to Mrs. Edith Gomez, acting Registrar of the Second Office of the Federal Tax Court, who is incumbent on the date of these presents. In the City of Buenos Aires, on the (blank) day of (blank) of '12. ------

This is a true translation into English of the Spanish document which I had before me, of which I attest. In Buenos Aires, on ... ------

Es traducción fiel al idioma inglés de ... ... a la que me remito. En Buenos Aires, a los 05 días del mes de octubre de 2013. ------